AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY RAHIAN AMIR BARBER,

Plaintiff,

v.

TIMOTHY C. WARD; WARDEN T. BOBBITT; OFFICER OSBORNE; SHIFT MEDICAL STAFF; OFFICER PATTON,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-68

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order this Court entered on February 10, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's Complaint without prejudice and closes this civil action.



February 10, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020